UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JOHN ALVIN BECK,

                              Plaintiff,

                                                   5:16-CV-1104
v.                                                  (GTS/ATB)

CORNELL UNIVERSITY,

                              Defendant.
_____

APPEARANCES:

JOHN ALVIN BECK
  Plaintiff, *Pro Se*
422 Champlin Road
Groton, New York 13073

GLENN T. SUDDABY, Chief United States District Judge

## DECISION and ORDER

       Currently before the Court, in this *pro se* civil rights action filed by John Alvin Beck ("Plaintiff") against Cornell University ("Defendant"), are United States Magistrate Andrew T. Baxter's Report-Recommendation recommending that Plaintiff's Complaint be *sua sponte* dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii)-(iii), and (2) Plaintiff's objection to the Report-Recommendation. (Dkt. Nos. 4, 5.) After carefully reviewing the relevant filings in this action, the Court can find no error in the Report-Recommendation, clear or otherwise: Magistrate Judge Baxter employed the proper standards, accurately recited the facts, and reasonably applied the law to those facts. As a result, the Court accepts and adopts the Report-Recommendation for the reasons stated therein. (Dkt. No. 4.)

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Baxter's Report-Recommendation (Dkt. No. 4) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that Plaintiff's Complaint (Dkt. No. 1) is *sua sponte* **DISMISSED** in its entirety with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii)-(iii).

Dated: October 24, 2016
       Syracuse, New York

_____
HON. GLENN T. SUDDABY
Chief United States District Judge